JOHN W. HUBER, United States Attorney (#7226)
AARON B. CLARK, Assistant United States Attorney (#15404)
STEPHEN L. NELSON, Assistant United States Attorney (#9547)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: aaron.clark@usdoj.gov; stephen.nelson@usdoj.gov

FILED
U.S. DISTRICT COURT

2018 AUG -2  A 11: 39

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> TYRELL JABBAR PERRY, and CHRISTIAN SCOTT JIMERSON, <br><br> Defendants. | INDICTMENT <br><br> VIOLATIONS: <br> Count 1: Title 21 U.S.C. §§ 841(a)(1) and 846 – Conspiracy to Distribute Controlled Substances; <br> Count 2: Title 21 U.S.C. § 841(a)(1) – Distribution of Cyclopropyl Fentanyl <br><br> Case: 1:18-cr-00069 <br> Assigned To : Shelby, Robert J. <br> Assign. Date : 8/2/2018 <br> Description: USA v. SEALED |

The Grand Jury Charges:

## COUNT 1
**21 U.S.C. §§ 841(a)(1) and 846**
**[Distribution of Controlled Substances]**

Beginning at date unknown and continuing up to and including March 12, 2018, in the Northern Division of the District of Utah,

TYRELL JABBAR PERRY and CHRISTIAN SCOTT JIMERSON,

defendants herein, did knowingly and intentionally conspire with each other and others known and unknown to distribute controlled substances, in violation of 21 U.S.C. §§

841(a)(1) and 846. Furthermore the conspiracy, in fact, involved cyclopropyl fentanyl, a Schedule I controlled substance within the meaning of 21 U.S.C. § 812; and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

<u>**COUNT 2**</u>
**21 U.S.C. § 841(a)(1)**
**[Distribution of Cyclopropyl Fentanyl]**

On or about March 11, 2018, in the Northern Division of the District of Utah,

TYRELL JABBAR PERRY and CHRISTIAN SCOTT JIMERSON,

defendants herein, did knowingly and intentionally distribute a controlled substance; to wit, cyclopropyl fentanyl, a Schedule I controlled substance within the meaning of 21 U.S.C. § 812; and did aid and abet therein, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

A TRUE BILL:

/s/
_____
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

_____
AARON B. CLARK
Assistant United States Attorney

2